UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMNON GUTMAN,

            Plaintiff,

   -against-

YAHOO! INC.,

            Defendant.

---

ECF Case

No. 1:17-cv-3294 (JFK)

**Order for Admission
Pro Hac Vice**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-17

The motion of **Jennifer A. Golinveaux** for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of **California**, and that her contact information is as follows:

    Applicant Name: Jennifer A. Golinveaux

    Firm Name: Winston & Strawn LLP

    Address: 101 California Street

    City / State / Zip: San Francisco, CA 94111

    Telephone: (415) 591-1400

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Yahoo! Inc.** in the above entitled action, **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 5, 2017

                                                                      *John F. Keenan*
                                                          United States District Judge